UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-2183-DMG(MLGx)** | Date | MAY 11, 2010 |

| | |
|---|---|
| Title | *Johnson Law Group, et al., v. Elimadebt USA, LLC, et al.,* |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE , UNITED STATES DISTRICT JUDGE |

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

The court's records reflect that counsel for defendant, **Mr. J. Mitchell Cobeaga**, has not submitted the required Application of Non-Resident Attorney to Appear in a Specific Case, along with the required fee of $185.00.

IT IS ORDERED that the matter is placed on this Court's calendar for *June 14, 2010 at 9:30 a.m.*, for an order to show cause why counsel should not be stricken as counsel of record.

If counsel files the application/response on or before the hearing date indicated above, the court will consider this a satisfactory response to the Order To Show Cause and will take the matter off calendar.


cc: all parties of record


CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk YS